IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : : : | |
| Plaintiff, | : : | CIVIL ACTION NO. 20-1593 |
| v. | : : | |
| TODD LAHR and THOMAS MEGAS, | : : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 20th day of July, 2022, after considering the motion to dismiss the default judgment filed by the *pro se* defendant, Thomas Megas (Doc. Nos. 29, 37), the response in opposition to the motion filed by the plaintiff (Doc. No. 32), the reply in further support of the motion filed by the defendant (Doc. No. 33), the supplemental filing in opposition to the motion filed by the plaintiff (Doc. No. 34), the response to the supplemental filing filed by the defendant (Doc. No. 35), the supplemental brief in support of the motion filed by the defendant (Doc. No. 54), the response in opposition to the supplemental brief filed by the plaintiff (Doc. No. 57), the reply to the response filed by the defendant (Doc. No. 58), and the evidence and argument presented during hearings on the motion to dismiss the default judgment on November 10, 2021 and January 20, 2022; accordingly, for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** that the defendant's motion to dismiss the default judgment (Doc. Nos. 29, 37) is **DENIED**.

BY THE COURT:

/s/ *Edward G. Smith*
EDWARD G. SMITH, J.