UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

SECURITIES AND EXCHANGE COMMISSION, :
    Plaintiff,        :
               :
    v.         :  No. 5:20-cv-1593
               :
THOMAS MEGAS,     :
    Defendant.     :

## O R D E R

  **AND NOW**, this 3rd day of June, 2026, for the reasons set forth in the Opinion issued this date, **IT IS ORDERED THAT**:

  1.  Plaintiff's Renewed Motion to Enter Default Judgment, ECF No. 136, is **GRANTED**.

  2.  The Clerk of Court shall **ENTER** default judgment against Defendant Thomas Megas on all claims in the Complaint.

  3.  **On or before July 1, 2026**, the SEC shall move separately for appropriate monetary and non-monetary remedies against Defendant Thomas Megas.

  4.  Defendant's motions, ECF Nos. 138, 140, 142, are **DENIED**.

          BY THE COURT:


          */s/ Joseph F. Leeson, Jr.*
          JOSEPH F. LEESON, JR.
          United States District Judge